**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 6:20-cv-00727-ADA<br><br>**JURY TRIAL DEMANDED** |

### BRAZOS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos"), by and through its attorneys, files this Unopposed Motion for Extension of Time to Respond to Motion to Dismiss, and respectfully shows the following:

Brazos filed its First Amended Complaint on November 6, 2020 (Dkt. No. 22). On November 20, 2020, Defendant Hewlett Packard Enterprise Company ("HPE") filed its Motion to Dismiss the First Amended Complaint (Dkt. No. 25). Brazos requests a one week extension to respond to that Motion, from December 4, 2020 to and through December 11, 2020. Counsel for HPE stated that it does not oppose this request.

Wherefore, Brazos respectfully requests that the Court grant this motion and enter an order extending the deadline for Brazos to respond to the Motion to Dismiss to and through December 11, 2020.

|  | Respectfully submitted, |
|---|---|
| Dated: November 23, 2020 | */s/ DRAFT* |
|  | Raymond W. Mort, III |
| Edward J. Naughton | raymort@austinlaw.com |
| (*pro hac vice*) | THE MORT LAW FIRM, PLLC |
| enaughton@brownrudnick.com | 100 Congress Avenue, Suite 2000 |
| Rebecca MacDowell Lecaroz | Austin, Texas 78701 |
| (*pro hac vice*) | telephone:   (512) 677-6825 |
| rlecaroz@brownrudnick.com | facsimile:   (512) 677-6825 |
| BROWN RUDNICK LLP |  |
| One Financial Center |  |
| Boston, Massachusetts 02111 |  |
| telephone:   (617) 856-8200 |  |
| facsimile:   (617) 856-8201 |  |

Alessandra C. Messing
(*pro hac vice*)
amessing@brownrudnick.com
Timothy J. Rousseau
trousseau@brownrudnick.com
(*pro hac vice*)
Yarelyn Mena
ymena@brownrudnick.com
(*pro hac vice*)
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:   (212) 209-4800
facsimile:   (212) 209-4801

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:   (949) 752-7100
facsimile:   (949) 252-1514

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action No. 6:20-cv-00727-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING BRAZOS'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") Unopposed Motion for Extension to Respond to Defendant Hewlett Packard Enterprise Company's ("HPE") Motion to Dismiss.

After consideration, the Court GRANTS Brazos's Unopposed Motion for Extension to Respond to Motion to Dismiss.

It is, therefore, ORDERED that Plaintiff Brazos will have up to and including December 11, 2020 to respond to Defendant's Motion to Dismiss.

SIGNED this _____ day of November 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE