# Exhibit C



Home / Aruba / Routers / Campus / HPE FlexNetwork HSR6800 Router Series

Search for Model:

User Settings     Language : English (US)
                  | Currency : USD

1  Select a product       2  configure       3  Submit for quote



## HPE FlexNetwork HSR6800 Router Series

The HPE HSR6800 Router Series is a family of high-performance, multiservice routers designed for data center interconnection, enterprise WAN core, campus WAN edge, and high-speed WAN aggregation services. It runs the Comware operating system and features an advanced multi-core, distributed service processing hardware architecture that scales up to 420 Mpps forwarding and up to 2 Tbps switch...more

| PRODUCTS | LIST PRICE (Indicative) |

### Factory Integrated Models (CTO) - *Configured Components are integrated at the factory

**HPE FlexNetwork HSR6802 Router Chassis (JG361B)** CTO

- 2 SAP slots or 4 HIM slots or 8 MIM slots, or a combination
- 2 MPU (for management modules) slots
- 5U - Height

USD **32,545.00**     Configure

**HPE FlexNetwork HSR6804 Router Chassis (JG362B)** CTO

- 4 SAP slots or 8 HIM slots or 16 MIM slots, or a combination
- 2 MPU (for management modules) slots
- 7U - Height

USD **36,745.00**     Configure

**HPE FlexNetwork HSR6808 Router Chassis (JG363B)** CTO

- 8 SAP slots or 16 HIM slots or 32 MIM slots, or a combination
- 2 MPU (for management modules) slots
- 1 switch fabric slot
- 20U - Height

USD **45,665.00**     Configure

## Other Options

→ Upload and open config file

BROWSE FOR HPC FILE

→ Email support

→ Search for an existing configuration     Edit Configuration Id

→ Product Information Library



United States

| Corporate | Partners | Social | Communities | Customer Resources | Legal |
|---|---|---|---|---|---|
| About HPE | Partner Programs | LinkedIn | HPE Blogs and Forum | How to buy | Privacy |
| Accessibility | Find a Partner | Facebook | | Enterprise Store | Terms of Use |
| Careers | | Twitter | | Public Sector Store | Ad Choices & Cookies |
| Contact Us | | YouTube | | Education and Training | Do Not Sell My Personal Information |
| Corporate Responsibility | | | | Email Signup | Supply Chain Transparency |
| Events | | | | Executive Briefing Centers | |
| Hewlett Packard Labs | | | | Look up old HP.com URL | |
| Investor Relations | | | | | |
| Leadership | | | | | |
| Newsroom | | | | | |
| Public Policy | | | | | |
| Sitemap | | | | | |

© Copyright 2020 Hewlett Packard Enterprise Development LP

