# Exhibit D





Hewlett Packard Enterprise
Austin, TX
6 days ago

DevOps Solution Architect
Hewlett Packard Enterprise
Austin, TX
3 months ago

PROS IT Technical Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

SFDC IT Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

Senior SAP ABAP FICO Developer
Hewlett Packard Enterprise
Austin, TX
6 days ago

Order Capture IT Technical Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

You've viewed all jobs for this search

More searches

Linked in   © 2020   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language