# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 6:20-cv-727-ADA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendant Hewlett Packard Enterprise Company ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Second Amended Complaint and respectfully shows the following:

Plaintiff WSOU Investments, LLC filed its Second Amended Complaint on August 25, 2021 (Dkt. No. 54), adding a new party several months after the deadline to add parties on June 16, 2021. Plaintiff has not yet sought leave to file an amended complaint adding a new party. If Plaintiff had been granted leave to file its Second Amended Complaint, Defendant's current response deadline would be September 8, 2021. As this date is imminent, Defendant provisionally requests an extension to make its response due on or before September 15, 2021. Good cause exists for this extension because of the inchoate status of the Second Amended Complaint. Counsel for Defendant conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose Defendant's request for an extension.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to September 15, 2021 in the event the Court permits Plaintiff to file its Second Amended Complaint.

Date: September 8, 2021                                    Respectfully submitted,

|  |  |
|---|---|
| Michael R. Franzinger<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>mfranzinger@sidley.com | By: /s/ Barry K. Shelton<br>Michael D. Hatcher<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>mhatcher@sidley.com<br><br>Barry K. Shelton<br>Texas State Bar No. 24055029<br>SHELTON COBURN LLP<br>311 RR 620, Suite 205<br>Austin, TX 78734-4775<br>Telephone: (512) 263-2165<br>Facsimile: (512) 263-2166<br>bshelton@sheltoncoburn.com<br><br> **ATTORNEYS FOR DEFENDANT<br>HEWLETT PACKARD ENTERPRISE<br>COMPANY** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                                /s/ *Barry K. Shelton*
                                                Barry K. Shelton