**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY<br><br>Defendant. | Nos. 6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA |

**[PROPOSED] ORDER GRANTING BRAZOS'S UNOPPOSED MOTION TO WITHDRAW THE SECOND AMENDED COMPLAINTS WITHOUT PREJUDICE**

Before the Court is Brazos's unopposed motion to withdraw its second amended complaints (Case No. 6:20-cv-00725-ADA, Dkt. 54; -726, Dkt. 54; -727, Dkt. 54; -728, Dkt. 54; -729, Dkt. 53) without prejudice. The Court, having considered the motion, finds that the Motion should be GRANTED.

It is, therefore, ORDERED that the second amended complaints are hereby withdrawn without prejudice.

Signed this ___ day of _____, 20____.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE