UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-727-ADA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

On October 7, 2021, Defendant Hewlett Packard Enterprise Company ("Defendant") filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Motion") (Dkt. No. 59). Accordingly, the deadline to file Defendant's Reply in support of its Motion was October 28, 2021. Defendant files this unopposed motion for a one-day extension of time to file its Reply on October 29, 2021.

Counsel for Defendant has conferred with counsel for Plaintiff prior to filing this motion and Plaintiff does not oppose this extension. Defendant therefore respectfully requests that the Court enter an order and extend the deadline for Defendant to file its Reply in support of its Motion to October 29, 2021.

Date: October 29, 2021  Respectfully submitted,

By: */s/ Barry K. Shelton*
Michael D. Hatcher
Texas State Bar No. 24027067
Callie C. Butcher
Texas State Bar No. 24092203
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
mhatcher@sidley.com
cbutcher@sidley.com

Michael R. Franzinger
DC Bar No. 500080
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mfranzinger@sidley.com

Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com

**COUNSEL FOR DEFENDANT**
**HEWLETT PACKARD ENTERPRISE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on October 29, 2021.

/s/ *Barry K. Shelton*
Barry K. Shelton