# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, § § § § § § § | |
| Plaintiff, § § | |
| § | CIVIL ACTION NO. 6:20-cv-727-ADA |
| v. § § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, § § § § | |
| Defendant. § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO FILE REPLY

The Court, having considered the Unopposed Motion of Defendant Hewlett Packard Enterprise Company for Extension of Time to File its Reply in support of its Motion (Dkt. No. 59), hereby ORDERS that the motion is GRANTED.

Defendant's deadline to file its Reply is extended to October 29, 2021.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE